# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 1135

VERSUS

ROBERT DIXON

**DECEMBER 1, 2022**

---

In Re: Robert Dixon, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 21-CR-000894.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED.** The State did not meet its burden of proving beyond a reasonable doubt that relator used the artificial light to assist him with hunting **on the date in question.** Accordingly, relator's conviction for violating La. R.S. 56:116.1(B)(10) is reversed, the sentences, fine, and court costs are vacated, and the charge against relator is dismissed with prejudice.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.SmO_

---
DEPUTY CLERK OF COURT
FOR THE COURT